## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-01369-REB-BNB

LAURENCE R. GOODMAN,

      Petitioner,

v.

UNITED STATES OF AMERICA,

      Respondent.

---

## FINAL JUDGMENT

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of United States Magistrate Judge & Denying Petition for Writ of Habeas Corpus** [#40] entered by Judge Robert E. Blackburn on October 16, 2013, which order is incorporated herein by this reference.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Recommendation of United States Magistrate Judge** [#35] filed September 5, 2013, is **APPROVED** and **ADOPTED** as an order of this court;

      2.  That the plaintiff's objections [#36 & #37] to the recommendation are **OVERRULED**;

      3.  That the respondent's **Motion To Dismiss** [#14] filed June 19, 2013, is **GRANTED**;

      4.  That the petitioner's **Petition for a Writ of Habeas Corpus: For Being Held Against His Free Will Involuntarily and Coercively with Armed Might, Both State**

**and Federal; For Being Robbed of his Common Law Property Under an Imposed**

**System of Peonage, the Evidence for Which is a Void Judgment of this Court; and**

**for Suffering Great Personal injuries and Damages to his Common Law Properties**

**Without Benefit of any Constitutional Power and Statutory Authorities** [#38] filed

October 7, 2013, is **DENIED** for lack of jurisdiction;

5. That **JUDGMENT IS ENTERED** in favor of the respondent, the United States of

America, against the petitioner, Laurence R. Goodman, on all claims for relief asserted in

this case; and

6.  That the defendant is **AWARDED** its costs to be taxed by the Clerk of the

Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 16th day of October, 2013.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Kathleen Finney
        Kathleen Finney
        Deputy Clerk